**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:   ROSEMARIE SANTIAGO,                              CASE NO. 25-10271-BFK

              Debtor,                                                    CHAPTER 13


VIRGINIA HOUSING DEVELOPMENT AUTHORITY,

              Movant,

vs.

ROSEMARIE SANTIAGO,
and
THOMAS P. GORMAN, TRUSTEE,

              Respondents.
.

## ORDER TERMINATING THE AUTOMATIC STAY

**THIS MATTER** came to be heard on the 28th day of October, 2025 upon the motion of the Plaintiff, VIRGINIA HOUSING DEVELOPMENT AUTHORITY, by counsel, to amend the automatic stay, with the Motion and Notice of Motion and Hearing having been served on the Debtor, counsel for the Debtor, and the Trustee, with both the Debtor and Trustee having filed an Responses; and, with the Debtor nor her counsel having appeared at the hearing of this matter to offer any defense to the Motion.

**James A. Evans   (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Plaintiff**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

**NOW**, upon the said Motion and all papers and proceedings before me, and the representations of counsel for the Plaintiff, it appears that the Debtor is delinquent under the terms of the deed of trust held by Plaintiff encumbering the real property hereinafter described, and that cause exists to terminate the automatic stay as requested.

**UPON CONSIDERATION WHEREOF,** it is **ORDERED** that relief from the automatic stay of 11 U.S.C. § 362 is, by this Order, granted to Plaintiff, its successor and assigns, without further order of the Court so as to allow Plaintiff, its successor and assigns, to proceed under state law to enforce the lien of its deed of trust as set out in its Motion pertaining to the following-described property:

> Lot 290A, Section 2A, Woodstream, as duly dedicated, platted and recorded as Instrument Nos. LR090021483 and PM090000134, among the land records of Stafford County, Virginia.
>
> **This Property is commonly known as 242 Woodstream Boulevard, Stafford, Virginia 22556.**

It is further **ORDERED** that the Automatic Stay of 11 U.S.C. Section 362(a) shall not be reimposed as to the Debtor's interest by the conversion of this case to any other case under the Bankruptcy Code.

In the absence of the Debtors and their counsel, their signature(s) is waived.

Date: Nov 5 2025

/s/ Brian F Kenney
U.S. Bankruptcy Judge

**I ASK FOR THIS:**

Entered On Docket: Nov 5 2025

/s/ James A. Evans
James A. Evans  (VSB#04441)
Counsel for Plaintiff
2101 Parks Avenue, Suite 301
Virginia Beach, Virginia 23451-4183
(757) 437-9500
james.evans@vblawyers.com

**SEEN:**

      /s/ Thomas P. Gorman by James A. Evans with permission given via email on 11/3/2025
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, Virginia 22314
(703) 836-2226

## Local Rule 9022-1(C) Certification

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


      /s/ James A. Evans
James A. Evans  (VSB #04441)




**James A. Evans   (VSB #04441)**
**JAMES A. EVANS, ATTORNEY AT LAW, PLC**
**Counsel for Plaintiff**
**2101 Parks Avenue, Suite 301**
**Virginia Beach, Virginia 23451-4183**
**(757) 437-9500**
**james.evans@vblawyers.com**

2

**PARTIES TO RECEIVE COPIES**:

James A. Evans, Esquire
2101 Parks Avenue, Suite 301
Virginia Beach, Virginia 23451-4183

Suad Bektic, Esquire
8500 Mayland Drive, First Floor
Richmond, Virginia 23294

Rosemarie Santiago
242 Woodstream Boulevard
Stafford, Virginia 22556

Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, Virginia 22314